IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | District Judge: |
| vs. | ) ) | Magistrate Judge: |
| SONICAN TRUCKING, INC., | ) ) ) | Case No: |
| Defendant. | ) ) ) ) | |

## COMPLAINT

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, bring this Complaint against Defendant, Sonican Trucking, Inc.

### COUNT I
### (Failure to Pay Contributions to the Funds)

1. Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended. 29 U.S.C. § 185(a).

2. Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. 29 U.S.C. § 1132.

3. Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry

Welfare Fund of Rockford, Illinois is administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4. The Funds are a multi-employer benefits plan withing the meaning of ERISA. It is established and maintained pursuant to its respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5. Defendant is engaged in the construction industry and is doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6. Northwestern Illinois Contractors Association and Teamsters Local Union #325, ("the Union") is a labor union that represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

7. On or about June 1, 2006, Defendant entered into a Memorandum of Agreement with the Union, evidence of which is attached hereto and made a part hereof as **Exhibit A**.

8. Under the terms of the Memorandum of Agreement, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9. Under the terms of the Agreements, contributions to the Funds are due on the 15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10. Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11. Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12. Beginning October 1, 2015 through June 30, 2018, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law (see **Exhibit B** attached hereto and made a part hereof).

13. As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

14. Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA. 29 U.S.C. § 185.

15. Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions,

reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, Sonican Trucking, Inc., as follows:

(a) Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

(b) Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

(c) Enjoining Defendant from violating the terms of the Agreements;

(d) Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

(e) Ordering Defendant to remain current in payment of all contributions to the Funds.

        THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
        By:   WILLIAMSMCCARTHYLLP

        /s/   Troy E. Haggestad
        Troy E. Haggestad (#06229384)
        WILLIAMSMcCARTHYLLP
        120 West State Street, Suite 400
        P.O. Box 219
        Rockford, IL 61105-0219
        815/987-8900

# NORTHWESTERN ILLINOIS CONTRACTORS ASSOCIATION AND TEAMSTERS LOCAL UNION #325

## Effective June 1, 2006 through May 31, 2011

### WITNESSETH:

1.1 The purpose of this Agreement between the Northwestern Illinois Contractors Association and Teamster Local #325 is: (a) to enter into a definite labor management contract covering wages, hours, conditions of work and terms of employment in the relationship between Employer and employee; (b) to prevent strikes, lockouts and work stoppages; (c) to adopt suitable measures for the peaceful settlement of grievances and differences; (d) to secure to members of the Association or other Employers sufficient capable employees; (e) to protect the economic and employment welfare of employees.

2.1 It is mutually understood and agreed that the following terms relating to the wages, hours and working conditions of workmen covered by this Agreement have been decided upon by means of collective bargaining, and that the following provisions will be binding upon the parties to this Agreement during the terms of this Agreement and any renewal period thereof.

## ARTICLE I

### Recognition and Scope of Agreement

1.1 GEOGRAPHIC COVERAGE. Rockford and Freeport and Vicinity, Illinois. Wisconsin Border, to the North; State Highway #23, to the East; State Highway #72, to the South (including Byron, Illinois); State Highway #78 to the West, (including Stockton, Illinois).

.2 RECOGNITION. Employer recognizes the Union, as the sole and exclusive Bargaining agent with respect to rates of pay, hours of work, and all other conditions of employment for all employees covered by this Agreement.

1


EXHIBIT A

arbitration provisions of this agreement nor the no strike-no lockout provisions shall be applicable.

## ARTICLE 30

### Duration and Termination

30.1 This Agreement shall become effective on June 1, 2006 and shall remain in force and effect until and including May 31, 2011. After May 31, 2011 this Agreement shall be renewed automatically for periods of one (1) year unless the Employer or the Union gives written notice to the other of a desire to modify, amend or terminate same at least sixty (60) days prior to the expiration of any such period.

## ARTICLE 31

Effective with the date of this Agreement there will be a contribution to the Construction Industry Advancement Fund of $0.06 per hour to be used for Safety, Educational and Hazardous Waste expenses or any other mutually agreed expenses that should arise during the life of this Agreement. Employers will make contributions on forms to be provided by the Union.

BY

_____ For the Employer

BY

_____ TEAMSTERS L.U. #325 Business Representative
affiliated with International Brotherhood of Teamsters

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



September 13, 2018

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: Sonican Trucking Inc. (10492)

We have performed a fringe benefit contribution compliance audit of Sonican Trucking Inc., for the period from October 1, 2015 through June 30, 2018. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursement records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 528,358.05 |
| RETIREMENT | 549,705.85 |
| ADVANCEMENT | 3,202.17 |
| DUES | 2,134.78 |
| Sub Total | $1,083,400.85 |
| 10% Liq. Damages | $ 107,806.39 |
| TOTAL | $1,191,207.24 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT B

**CONSTRUCTION INDUSTRY FUNDS - GROUP #4000 - TEAMSTERS #325**

**SONICAN TRUCKING, INC    #10492**

YEAR: 2017

*UNREPORTED SUBCONTRACTOR HOURS    1/17 to 12/17*

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A2 FREIGHT INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 2,423.00 | 2,423.00 |
| ABI CARTAGE xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 102.00 | 102.00 |
| ALMARAZ TRUCKING INC x-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 204.50 | 204.50 |
| AVERAGE JOE TRUCKING xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 2,360.50 | 2,360.50 |
| C&C TRUCKING -1 INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 1,953.00 | 1,953.00 |
| CAMACHO'S TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 34.00 | 34.00 |
| DAMIAN TRUCKING xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 866.00 | 866.00 |
| EL CAMINO TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 12,420.50 | 12,420.50 |
| EMK TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 73.50 | 73.50 |
| JM TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 178.50 | 178.50 |
| JOAKO'S TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 6,385.00 | 6,385.00 |
| LED TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 2,039.50 | 2,039.50 |
| MALUVA TRANSPORT INC x-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 479.50 | 479.50 |
| NO MERCY TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 696.50 | 696.50 |
| PIA TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 6,106.00 | 6,106.00 |
| PONCE TRUCKING LLC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 525.50 | 525.50 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #4000 - TEAMSTERS #325**

**SONICAN TRUCKING, INC #10492**

*UNREPORTED SUBCONTRACTOR HOURS 1/17 to 12/17*

YEAR: 2017

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROSAS TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 131.00 | 131.00 |
| TAMAYO CARTAGE xx-xxxxxxx | CHS | Hours | - | - | - | - | - | - | - | - | - | - | - | 4,580.50 | 4,580.50 |

| TOTAL HOURS | - | - | - | - | - | - | - | - | - | - | - | 41,559.00 | 41,559.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 411,434.10 | $ 411,434.10 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 428,057.70 | $ 428,057.70 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,493.54 | $ 2,493.54 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,862.36 | $ 1,862.36 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 843,847.70 | $ 843,847.70 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 0.90 | ADVANCEMENT | 0.06 |
| RETIREMENT | 10.30 | DUES | 0.04 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #4000 - TEAMSTERS #325**

**SONICAN TRUCKING, INC   #10492**

YEAR: 2018

UNREPORTED SUBCONTRACTOR HOURS   1/18 to 12/18

| S.S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A2 FREIGHT INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 548.00 | - | - | - | - | - | - | - | 548.00 |
| ALMARAZ TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 126.00 | - | - | - | - | - | - | - | 126.00 |
| AVERAGE JOE TRUCKING -xxxxxxx | CHS | Hours | - | - | - | - | 389.50 | - | - | - | - | - | - | - | 389.50 |
| C&C TRUCKING -1 INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 711.50 | - | - | - | - | - | - | - | 711.50 |
| EL CAMINO TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 6,124.50 | - | - | - | - | - | - | - | 6,124.50 |
| JS CARTAGE, INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 73.00 | - | - | - | - | - | - | - | 73.00 |
| MALUVA TRANSPORT INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 47.00 | - | - | - | - | - | - | - | 47.00 |
| PIA TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 2,989.00 | - | - | - | - | - | - | - | 2,989.00 |
| PONCE TRUCKING LLC xx-xxxxxxx | CHS | Hours | - | - | - | - | 62.00 | - | - | - | - | - | - | - | 62.00 |
| ROBLES TRUCKING xx-xxxxxxx | CHS | Hours | - | - | - | - | 215.00 | - | - | - | - | - | - | - | 215.00 |
| ROSAS TRUCKING INC xx-xxxxxxx | CHS | Hours | - | - | - | - | 525.00 | - | - | - | - | - | - | - | 525.00 |
| **TOTAL HOURS** | | | - | - | - | - | 11,810.50 | - | - | - | - | - | - | - | 11,810.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ 116,923.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 116,923.95 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ 121,648.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 121,648.15 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ 708.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 708.63 |
| DUES | $ - | $ - | $ - | $ - | $ 472.42 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 472.42 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ 239,753.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 239,753.15 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 9.90 | ADVANCEMENT | 0.06 |
| RETIREMENT | 10.30 | DUES | 0.04 |

9/13/2018  
ARD
Page 4 of 5

## CONSTRUCTION INDUSTRY FUNDS - GROUP #4000 - TEAMSTERS #325

SONICAN TRUCKING, INC    #10492

RICHARD J. WOLF AND COMPANY, INC.

### SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $  - | $  528,358.05 | $  528,358.05 |
| RETIREMENT | $  - | $  549,705.85 | $  549,705.85 |
| ADVANCEMENT | $  - | $  3,202.17 | $  3,202.17 |
| DUES | $  - | $  2,134.78 | $  2,134.78 |
| TOTAL | $  - | $ 1,083,400.85 | $ 1,083,400.85 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #4000 - TEAMSTERS #325

SONICAN TRUCKING, INC    #10492

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---:|
| WELFARE | $ | 528,358.05 |
| RETIREMENT | $ | 549,705.85 |
| ADVANCEMENT | $ | 3,202.17 |
| DUES | $ | 2,134.78 |
| TOTAL | $ | 1,083,400.85 |